**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ______ Original Plan

☐ ______ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 3rd Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Elias Adaya JOINT DEBTOR: ______ CASE NO.: 26-11662-SMG

SS#: xxx-xx- 8806 SS#: xxx-xx-______

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans must be served on all creditors as required by Local Rule 2002-1(b) and a certificate of service must be filed as required by Local Rule 9036-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $516.45 for months 1 to 7 ;
2. $2,963.08 for months 8 to 8 ;
3. $2,937.06 for months 9 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

Total Fees: $8,100.00 Total Paid: $1,200.00 Balance Due: $6,900.00

Payable $58.98 /month (Months 1 to 7 )

Payable $810.89 /month (Months 8 to 15 )

Allowed fees under Local Rule 2016-1 are itemized below:
$5,000.00 for CH 13 atty. fees, $1,550.00 for two (2) Motions to Value and $775.00 for Motion to Modify

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS ☐ NONE

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Fig 20, LLC

Address: POB 12225
Newark, NJ 07101

Arrearage/ Payoff on Petition Date $3,873.40 @ 8% interest = $4,712.40

Payoff (Including 8% monthly interest) $19.86 /month (Months 1 to 7 )

Last 4 Digits of Account No.: 1651

Payoff (Including 8% monthly interest) $86.29 /month (Months 8 to 60 )

Other: 2023 real property taxes

■ Real Property
☐ Principal Residence
■ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
9175 SW 77 Ave., #105 Miami, FL 33156

☐ Personal Property/Vehicle

Description of Collateral:

2. Creditor: JPL Investments Corp.

Address: 8724 W. 72 St., PMB 382
Miami, FL 33

Arrearage/ Payoff on Petition Date $3,390.99 @ 6.75% interest = $4,005.00
Payoff (Including 6.75% monthly interest $16.86 /month (Months 1 to 7 )
Payoff (Including 6.75% monthly interest $73.34 /month (Months 8 to 60 )

Last 4 Digits of Account No.: 2513

Other: 2024 real property taxes

■ Real Property
■ Principal Residence
☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
9175 SW 77 Ave., #105 Miami, FL 33156

☐ Personal Property/Vehicle

Description of Collateral:

3. Creditor: Miami-Dade County Tax Collector

Address: 200 NW 2 Ave.
Miami, FL 33128

Arrearage/ Payoff on Petition Date $3,142.09 @ 18% interest = $4.787.40
Payoff (Including 18% monthly interest) $20.14 /month (Months 1 to 7 )
Payoff (Including 18% monthly interest) $87.67 /month (Months 8 to 60 )

Last 4 Digits of Account No.: 0500

Other: 2025 real property taxes

■ Real Property
☐ Principal Residence
■ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
9175 SW 77 Ave., #105 Miami, FL 33156

☐ Personal Property/Vehicle

Description of Collateral:

4. Creditor: Ken-Dade Condominium, Inc.

Address: 1 East Broward Blvd., #1900
Fort Lauderdale, FL

Arrearage/ Payoff on Petition Date $9,937.94
Arrears Payment (Cure) $17.14 /month (Months 1 to 7 )

33301

Last 4 Digits of Account No.: ______

| | | | | |
|---|---|---|---|---|
| Arrears Payment (Cure) | $146.77 | /month (Months | 8 | to 15 ) |
| Arrears Payment (Cure) | $192.08 | /month (Months | 16 | to 60 ) |
| Special Assessment | $25.37 | /month (Months | 1 | to 7 ) |
| Special Assessment | $23.65 | /month (Months | 8 | to 8 ) |
| Regular Payment (Maintain) | $120.77 | /month (Months | 1 | to 7 ) |
| Regular Payment (Maintain) | $526.28 | /month (Months | 8 | to 60 ) |

Other: ______

■ Real Property
☐ Principal Residence
■ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
9175 SW 77 Ave., #105 Miami, FL 33156

☐ Personal Property/Vehicle

Description of Collateral: ______

5. Creditor: Bridgecrest Acceptance Corp.

Address: 7300 East Hampton Ave.,
#100
Mesa, AZ 85209

Arrearage/ Payoff on Petition Date $32,904.38 @ 8.75% interest = $40,743.60

| | | | | |
|---|---|---|---|---|
| Payoff (Including 8.75% monthly interest | $171.33 | /month (Months | 1 | to 7 ) |
| Payoff (Including 8.75% monthly interest | $746.12 | /month (Months | 8 | to 60 ) |

Last 4 Digits of Account No.: 7301

Other: ______

☐ Real Property
☐ Principal Residence
☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2023 Ford Edge (VIN #2FMPK4K93PBA58734)

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU UNDER FED. R. BANKR. P. 3012(b)(1) AND 7004, AS REQUIRED BY LOCAL RULE 3012-1.

**1. REAL PROPERTY:** ■ NONE

**2. VEHICLES(S):** ☐ NONE

| | | |
|---|---|---|
| 1. Creditor: Ally Bank c/o AIS Portfolio Services, LLC<br>Address: POB 660618<br>Dallas, TX 75266-0618<br>Last 4 Digits of Account No.: 9529<br>VIN: 1FADP3F27HL294309<br>Description of Collateral:<br>2017 Ford Focus SE<br><br>Check one below:<br>☒ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: $73,250.00<br>Amount of Creditor's Lien: $10,222.66<br><br>Interest Rate: 8.75% | **Payment**<br>Total paid in plan: $9,070.20<br><br>$38.22 /month (Months 1 to 7 )<br>$0.00 /month (Months 8 to 60 ) |

3. **PERSONAL PROPERTY:** ☒ NONE

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** ☐ NONE

The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Secured claims filed by any creditor granted stay relief in this section will not receive a distribution from the chapter 13 trustee. The requirements of Fed. R. Bankr. P. 3002.1 will cease to apply to any claim listed in this section upon confirmation of this plan.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Ally Bank c/o AIS Portfolio Services, LLC | 9529 | 2017 Ford Focus SE |

E. **DIRECT PAYMENTS** ☐ NONE

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights. Secured claims filed by any creditor granted stay relief in this section will not receive a distribution from the chapter 13 trustee. The requirement of Fed. R. P. 3002.1 will cease to apply to any claim listed in this section upon confirmation of this plan.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Space Coast Credit Union | 2488 | 9175 SW 77 Ave., #105 Miami, FL 33156 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☐ NONE

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

B. **INTERNAL REVENUE SERVICE:** ☒ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

D. **OTHER:** ☐ NONE

1. Name of Creditor: State of Minnesota, Department of Revenue

Payment Address: POB 64447 - BKY, St. Paul, MN 55164-0447

Total Due: $10,212.38

Payable $0.00 /month (Months 1 to 7 )

Payable $192.69 /month (Months 8 to 60 )

Regular Payment (if applicable) $0.00 /month (Months ___ to ___ )

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

A. Pay $0.00 /month (Months 1 to 15 )

Pay $765.58 /month (Months 16 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED: ☒ NONE

VI. **STUDENT LOAN PROGRAM** ☒ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☒ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**

☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

IX. **NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

[signature] Debtor 9/8/26 Date ____________ Joint Debtor ____________ Date

Elias Adaya

/s/ Lloyd A. Baron, Esq. 9/01/2026

Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.